THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN O'NEIL, Appellant.

Submitted April 14, 1943; decided June 18, 1943.

*Ray F. Fowler* for appellant.

*Daniel J. O'Mara, District Attorney* (*Clarence J. Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS and DESMOND, JJ. Dissenting: RIPPEY and CONWAY, JJ., on the ground the evidence as a matter of law is insufficient to prove guilt beyond a reasonable doubt.